**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 95-7269

In Re: MICHAEL WAYNE MONTGOMERY, a/k/a Shaka
Macumba Zulu X,

Appellant.

No. 96-6231

In Re: MICHAEL WAYNE MONTGOMERY, a/k/a Shaka
Macumba Zulu X,

Appellant.

Appeals from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (MISC-95-136)

Submitted:  April 16, 1996          Decided:  May 7, 1996

Before HALL and NIEMEYER, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Wayne Montgomery, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders imposing and implementing a prefiling injunction against him. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In re Michael Wayne Montgomery, No. MISC-95-136 (D.S.C. Aug. 17, 1995 & Jan. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED